MATILDA SCHNEIDER, Appellant, *v.* THE CITY OF ROCHESTER, Respondent.

Reported below, 33 App. Div. 458.
(Submitted November 21, 1898; decided November 29, 1898.)

MOTION to prefer an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 14, 1898, affirming a judgment

in favor of defendant entered upon a decision of the court dismissing the complaint on trial at Special Term.

The motion was made upon the ground that the appeal involved questions of public importance which should be speedily determined.

*Elbridge L. Adams* for motion.

No one opposed.

Motion denied, without costs.